# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

|  |  |  |
|---|---|---|
| AMY GONZALEZ | ) | |
| *Plaintiff.* | ) | CIVIL ACTION NO. 4-15CV-604-O |
| v. | ) | |
| | ) | |
| DISH NETWORK, L.L.C. | ) | |
| *Defendant.* | ) | |
| | ) | |
| | ) | |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 15(1), Plaintiff Amy Gonzalez request permission to amend her original complaint, which was filed on August 10, 2015. The Amended Complaint, (See Exhibit A), clarifies her pleadings and amends Count I. Under Fed. R. Civ. P. 15, the Court should "freely give leave to amend when justice so requires".

**WHEREFORE**, Plaintiff respectfully request that this Honorable Court grant leave to allow Plaintiff to file her Amended Complaint.

Dated:  September 08, 2015

Respectfully Submitted,

 */s/ Amy Gonzalez*
Amy Gonzalez
416 Chatamridge Court
Fort Worth, TX 76052
(817) 909-8558
gonamyleigh@yahoo.com

## CERTIFICATE OF CONFERENCE

On September 08, 2015, Plaintiff Amy Gonzalez conferred with Eric Larson Zalud, Counsel for Defendant and is **UNOPPOSED** to the Motion for Leave to File Amended Complaint.

_/s/ Amy Gonzalez_____
Amy Gonzalez
416 Chatamridge Court
Fort Worth, TX 76052
(817) 909-8558
gonamyleigh@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded to all counsel on record in accordance with the Electronic Court Filings System Guidelines.

        */s/ Amy Gonzalez*
Amy Gonzalez
416 Chatamridge Court
Fort Worth, TX 76052
(817) 909-8558
gonamyleigh@yahoo.com