IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMY GONZALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>DISH NETWORK, LLC,<br><br>    Defendant. | § § § § § § § § § § § § § | Civil Action No. 4:15-cv-604-O |

## ORDER

Before the Court is Defendant Dish Network, LLC's ("Dish Network") 12(b)(6) Motion to Dismiss for Failure to State a Claim (ECF No. 12), filed September 3, 2015. This Motion challenges the sufficiency of Plaintiff Gonzalez's Original Complaint (ECF No. 1), which has since been superseded by Plaintiff's First Amended Original Complaint (ECF No. 20). Accordingly, Dish Network's Rule 12(b)(6) Motion to Dismiss is **DENIED as moot**.

**SO ORDERED** on this **15th day** of **September, 2015**.

_Reed O'Connor_
Reed O'Connor
UNITED STATES DISTRICT JUDGE